UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL WILLIAM GERSTENBERGER,

Plaintiff,

v.

67th DISTRICT COURT,

Defendants.

Case No. 26-12856
Honorable Laurie J. Michelson

**ORDER FOR PLAINTIFF TO SHOW CAUSE**

Plaintiff Michael Gerstenberger, proceeding *pro se*, filed this matter in the Western District of Michigan on June 8, 2026. (ECF No. 3, PageID.29.) But what exactly he filed is unclear. It is a letter attaching a "motion to void sentence" that Gerstenberger filed in the 67th District Court in Genesee Count. (ECF No. 1.) He advises that neither the court nor the prosecutor's office there has responded to his filing in months. (*Id.*) He asks if "one of you kind judges could help me. Please look over these papers." (*Id.*) Because Genessee County is located in the Eastern District of Michigan, the Western District transferred Gerstenberger's case here (ECF No. 1.)

Gerstenberger's filing indicates that he is indigent and cannot afford a lawyer. (ECF No. 1, PageID.1.) But neither the docket sheet from the Western District (ECF No. 3) nor the docket here indicate that Gerstenberger has paid the required filing fee or submitted an application to proceed without prepaying the fee. *See* 28 U.S.C. § 1915. Nor does the filing contain any basis for the Court to find that it has diversity

or federal question jurisdiction over this matter pending in state court or otherwise identify any viable cause of action or theory of recovery.

Accordingly, Gerstenberger is hereby ordered to show cause, in writing, within 14 days of his receipt of this order, why this case should not be dismissed for his failure to pay the filing fee or submit an application to proceed without prepaying fees and costs, or for lack of subject matter jurisdiction. Failure to file a timely response, or an inadequate response, will result in dismissal of the case.

SO ORDERED.

Dated: September 9, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE